[No. 52027-0-I.   Division One.   March 29, 2004.]

FIELDS CORPORATION, *Appellant*, v. THE DEPARTMENT OF LABOR
AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-03925-1, Roderick Simmons, J. Pro Tem.,
entered February 19, 2003. *Affirmed* by unpublished opin-
ion per Cox, J., concurred in by Becker, C.J., and Coleman,
J.

[No. 52185-3-I.   Division One.   March 29, 2004.]

BRIAN SEAFORTH, ET AL., *Appellants*, v. NORMAN FORREST, ET
AL., *Defendants*, BRIAN LEGASSE, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Island
County, No. 02-2-00326-0, Vickie I. Churchill, J., entered
February 14 and March 17, 2003. *Affirmed* by unpublished
opinion per Agid, J., concurred in by Cox, A.C.J., and
Appelwick, J.

[No. 20815-0-III.   Division Three.   March 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEONARD
CALVERT, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 98-1-01810-1, Robert D. Austin, J., en-
tered December 20, 2001. *Reversed* by unpublished opinion
per Kurtz, J., concurred in by Brown, C.J., and Kato, J.

[No. 29124-0-II.   Division Two.   March 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DRUCELLE V.
HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 02-1-00581-4, Richard D. Hicks, J.,
entered July 24, 2002. *Affirmed in part* and *reversed in part*
by unpublished opinion per Armstrong, J., concurred in by
Houghton and Bridgewater, JJ.